IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTINA LEON RESENDIZ,<br>Plaintiff,<br>v.<br>GOVINDARAJAN RAMU, et al.,<br>Defendants. | Case No. 17-cv-05469-MMC<br><br>**ORDER GRANTING MOTION TO REMAND**<br><br>Re: Dkt. No. 14 |

Before the Court is plaintiff Martina Resendiz's "Motion to Remand," filed October 20, 2017. On November 3, 2017, defendants Lincoln Financial Group and The Lincoln National Life Insurance Company filed a "Statement of Non-Opposition." No other defendant has filed response.

The Court having read and considered the parties' written submissions, and all claims over which the Court has original jurisdiction having been dismissed, plaintiff's Motion to Remand is hereby GRANTED and the above-titled action is hereby REMANDED to the California Superior Court in and for the County of Alameda. See 28 U.S.C.A. § 1367(c)(3) (providing "district courts may decline to exercise supplemental jurisdiction" when "all claims over which it has original jurisdiction" have been dismissed).

**IT IS SO ORDERED.**

Dated: November 6, 2017

MAXINE M. CHESNEY
United States District Judge